In the United States District Court

for the __Eastern__ District of __Arkansas__

RECEIVED
2005 SEP 30 A 10: 15

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 20 2005

JAMES W. McCORMACK, CLERK
By: _M. Fugate_ DEP CLERK

United States of America

v.

James Howard Sexton

Criminal No.

4:03CR00200 GH

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, __James Sexton__, defendant, have been informed that a__n Indictment__ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the __Middle__ District of __Alabama__ in which I __am present__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: 7/11/2005 at Prattville, AL

(Defendant)

Jane W. Duke
(Witness)

(Counsel for Defendant)

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By _M. Fugate_ D.C.

H. E. (Bud) Cummins

United States Attorney for the

Eastern

District of

Arkansas

Approved

Susan R. Redmond

Asst United States Attorney for the

Middle

Alabama

43

RECEIVED

2005 SEP 30 A 10: 15

CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 7 2003

JAMES W. McCORMACK, CLERK
By: R. Carlan
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
|  | ) | 4:03CR 00200 |
| vs. | ) |  |
|  | ) | 18 U.S.C. § 2252(a)(1) |
|  | ) | 18 U.S.C. § 2252(a)(2) |
|  | ) | 18 U.S.C. § 2252(a)(4)(B) |
| JAMES HOWARD SEXTON | ) | 18 U.S.C. § 2253 |

INDICTMENT

THE GRAND JURY CHARGES THAT:

**COUNTS 1-3**

On or about the dates set forth below, in the Eastern District of Arkansas, the defendant,

JAMES HOWARD SEXTON

did knowingly transport and ship in interstate and foreign commerce by any means, including by computer, the following files containing visual depictions involving the use of minors engaging in sexually explicit conduct and each visual depiction involving such conduct:

| COUNT | DATE | FILE NAME |
|---|---|---|
| 1 | 01/12/01 | "collarwhipmarks.jpg" |
| 2 | 01/31/01 | "our17perhaps.jpg" |
| 3 | 02/08/01 | "4carol.jpg" |

All in violation of Title 18, United States Code, Section 2252(a)(1).

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By M. Fugate D.C.

1

## COUNTS 4-7

On or about November 2, 2000, and March 22, 2001, in the Eastern District of Arkansas, the defendant,

JAMES HOWARD SEXTON

knowingly received the following files containing visual depictions involving the use of minors engaging in sexually explicit conduct and each visual depiction involving such conduct, which files had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer:

| COUNT | FILE NAME |
|---|---|
| 4 | "diff5_1102.jpg" |
| 5 | "diff5_1145.jpg" |
| 6 | "diff5_1227.jpg" |
| 7 | "diff_1232.jpg" |

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 8

That on or before March 22, 2001, in the Eastern District of Arkansas, the defendant,

JAMES HOWARD SEXTON

2

did knowingly possess more than two (2) matters which contained visual depictions that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions are of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL.

_____
FOREPERSON

H.E. (BUD) CUMMINS
United States Attorney

_____
TODD L. NEWTON
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2609

3

Clerk

DOCKET NO. __4:03CR00200 GH__ RECEIVED **CASE SUMMARY**   MOTION TO SEAL: __NO__

MAGISTRATE NO. __01-M-2046__ 2005 SEP 30 A 10:15

U. S. v. __JAMES HOWARD SEXTON__ DOB: __10-2-43__ OCCUPATION: _____
ADDRESS __1508 N. BRYANT, POCAHONTAS, AR 72455__
MARKS/TATOOS ___ HEIGHT __5'11"__ WEIGHT __195 lbs__ HAIR __BR__ EYES __BL__ SEX __M__ RACE __W__

__X__ INDICTMENT       ____ FELONY INFORMATION       ____ SUPERSEDING INDICTMENT

GRAND JURY DATE __8-5-03__       COUNTY/OFFENSE __RANDOLPH__ 05/21

PENALTY:
STATUTES FOR FINES:
1-1-85 §3623; 11-1-87 §3571

| COUNT | USC:SECTION | OFFENSE | |
|---|---|---|---|
| 1-3 | 18:2252(a)(1) A.F | DISTR. OF CHILD PORNOGRAPHY | NMT 15; NMT $250,000, OR BOTH; NMT 3 YRS. SR |
| 4-7 | 18:2252(a)(2) A.F | RECEIVING CHILD PORNOGRAPHY | NMT 15; NMT $250,000, OR BOTH; NMT 3 YRS. SR |
| 8 | 18:2252(a)(4)(b) A.F | POSSN. CHILD PORNOGRAPHY | NMT 5; NMT $250,000, OR BOTH; NMT 3 YRS. SR |

SPECIAL PENALTY ASSESSMENT § 3013       CLASSIFICATION § 3559

| COUNT | CLASSIFICATION | ASSESSMENT |
|---|---|---|
| 1-3 | CLASS C | $300 |
| 4-7 | CLASS C | $400 |
| 8 | CLASS D | $100 |

Life Imp., Death..Cl. A fel
25 yrs. or more...Cl. B fel
10y - 24y.........Cl. C fel
5y - 9y..........Cl. D fel
1y - 4y..........Cl. E fel
6m - 1y..........Cl. A mis
30d - 6m.........Cl. B mis
0d - 5d.........Infraction

FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS AUG 0 7 2003 JAMES W. McCORMACK, CLERK By_____ DEP CLERK

RESTITUTION (IF APPLICABLE) _____

AGENCY: __FBI__       AUSA: __NEWTON__       DEFENSE COUNSEL: _____

Defendant __IS NOT IN CUSTODY__-REQUEST __Summons__)  Bond Rec.: __OR__

Defendant IS IN CUSTODY                                   Trial length: __2 DAYS__
  1) ___ On this charge.
  2) ___ On another conviction.        )       ___ Federal
  3) ___ Awaiting trial on other charges. )     ___ State

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By __M. Fugate__ D.C.

2

# U.S. District Court
## Eastern District of Arkansas (Little Rock)
### CRIMINAL DOCKET FOR CASE #: 4:03-cr-00200-GH-ALL
### Internal Use Only

RECEIVED
2005 SEP 30 A 10: 15
DEBRA P. ___ T. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case title: USA v. Sexton

Date Filed: 08/07/2003

Assigned to: Judge George Howard, Jr

**Defendant**

**James Howard Sexton (1)**
*TERMINATED: 09/20/2005*

represented by **Kimberly Ann Witherspoon**
Federal Public Defender's Office
The Victory Building
1401 West Capitol Avenue
Suite 490
Little Rock, AR 72201
(501) 324-6113
Email: Kimberly_Witherspoon@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO NMT 15 yrs; NMT $250,000; +3 yrs. S.R.
(1-3)

18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING (receiving)CHILD PORNO NMT 15 yrs; NMT $250,000; +3 yrs. S.R.
(4-7)

18:2252A.F ACTIVITIES RE MATERIAL

**Disposition**

Rule 20 Transfer

Rule 20 Transfer

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By_____M. Fugate_____D.C.

CONSTITUTING/CONTAINING
CHILD PORNO (Possession) NMT 5
yrs; NMT $250,000; +3 yrs. S.R.
(8)

Rule 20 Transfer

### Highest Offense Level (Terminated)
Felony

### Complaints
None

### Disposition

### Plaintiff

**United States of America**     represented by  **Todd Lister Newton**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
(501) 340-2600
Email: todd.newton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2003 | 1 | INDICTMENT by USA Todd Lister Newton. Counts filed against James Howard Sexton (1) count(s) 1-3, 4-7, 8 (rkc) (Entered: 08/08/2003) |
| 08/07/2003 | 2 | CASE SUMMARY summons: issued for defendant James Howard Sexton; arraignment set for 10:00 a.m. Tues. 8/19/03 for Howard Sexton (rkc) (Entered: 08/08/2003) |
| 08/28/2003 | 3 | ORDER by Mag. Judge John F. Forster Jr. appointing Kimberly Ann Witherspoon as to James Howard Sexton (cc: all counsel and defendants) (rkc) (Entered: 08/29/2003) |
| 08/28/2003 | 4 | MINUTES: before Mag. Judge John F. Forster Jr. first appearance of James Howard Sexton on arraignment Attorney Kimberly Witherspoon present; entered plea of n/g; jury trial (2 days) Mon. 9/29/03 at 9:30 a.m.; 10 days to file pretrial motions as to James Howard Sexton ERO Cecilia Norwood (rkc) (Entered: 08/29/2003) |
| 08/28/2003 | 5 | ORDER by Mag. Judge John F. Forster Jr. setting conditions of release for James Howard Sexton (rkc) (Entered: 08/29/2003) |
| 08/28/2003 | 6 | NOTICE of jury trial Mon. 9/29/03 at 9:30 a.m. as to James Howard Sexton before Judge George Howard Jr. (rkc) (Entered: 08/29/2003) |
| 09/03/2003 | 7 | MOTION for early disclosure of Jencks Act material and brief in support |

| | | by James Howard Sexton (cdw) (Entered: 09/04/2003) |
|---|---|---|
| 09/03/2003 | 8 | MOTION for release of Brady materials (to preserve field notes of any interview conducted by any government agent) and brief in support by James Howard Sexton (cdw) (Entered: 09/04/2003) |
| 09/03/2003 | 9 | MOTION for disclosure of Rule 404(b) evidence and brief in support by James Howard Sexton (cdw) (Entered: 09/04/2003) |
| 09/03/2003 | 10 | MOTION for disclosure of electronic surveillance of deft and brief in support by James Howard Sexton (cdw) (Entered: 09/04/2003) |
| 09/03/2003 | 11 | MOTION for disclosure of any offer of leniency or plea bargain between the United States or the State of Arkansas and any government witness and supporting brief by James Howard Sexton (cdw) (Entered: 09/04/2003) |
| 09/03/2003 | 12 | MOTION for release of Brady materials (exculpatory evidence) and brief in support by James Howard Sexton (cdw) (Entered: 09/04/2003) |
| 09/03/2003 | 13 | MOTION for Rule 16 discovery by James Howard Sexton (cdw) (Entered: 09/04/2003) |
| 09/03/2003 | 14 | MOTION to extend time to file pretrial motions by James Howard Sexton (cdw) (Entered: 09/04/2003) |
| 09/03/2003 | 15 | NOTICE of invocation of right to silence and counsel by defendant James Howard Sexton (cdw) (Entered: 09/04/2003) |
| 09/12/2003 | 16 | RESPONSE by plaintiff USA to motion for Rule 16 discovery [13-1] (cdw) (Entered: 09/12/2003) |
| 09/12/2003 | 17 | RESPONSE by plaintiff USA to motion to extend time to file pretrial motions [14-1], motion for release of Brady materials (exculpatory evidence) [12-1], motion for disclosure of any offer of leniency or plea bargain between the United States or the State of Arkansas and any government witness [11-1], motion for disclosure of electronic surveillance of deft [10-1], motion for disclosure of Rule 404(b) evidence [9-1], motion for release of Brady materials (to preserve field notes of any interview conducted by any government agent) [8-1], motion for early disclosure of Jencks Act material [7-1] (cdw) (Entered: 09/12/2003) |
| 09/15/2003 | 18 | ORDER by Judge George Howard Jr. finding the motion for early disclosure of Jencks Act material [7-1] moot in part and denied in part to the extent it seeks disclosure outside the requirements of that act; finding the motion for release of Brady materials (to preserve field notes of any interview conducted by any government agent) [8-1] moot; finding the motion for disclosure of Rule 404(b) evidence [9-1] moot in part and denied in part to the extent the motion exceeds that requirement; finding the motion for disclosure of electronic surveillance of deft [10-1] moot in part and denied to the extent the request is outside the scope of that act; finding the motion for disclosure of any offer of leniency or plea bargain between the United States or the State of Arkansas and any government witness [11-1] moot in part and denied in part to the extent it exceeds |

| | | |
|---|---|---|
| | | Giglio; finding the motion for release of Brady materials (exculpatory evidence) [12-1] and the motion for Rule 16 discovery [13-1] moot; granting motion to extend time to file pretrial motions [14-1], all pretrial motions must be filed at least three weeks prior to trial (cc: all counsel and defendants) (cdw) (Entered: 09/16/2003) |
| 09/16/2003 | 19 | MOTION to continue jury trial by James Howard Sexton (rkc) (Entered: 09/16/2003) |
| 09/24/2003 | 20 | ORDER by Judge George Howard Jr. granting motion to continue jury trial [19-1]; jury trial rescheduled for Monday, 11/10/03 at 9:30 a.m. as to James Howard Sexton ; delay is excludable under 18:3161(h)(8)(A) (cc: all counsel and defendants) (cdw) (Entered: 09/24/2003) |
| 10/24/2003 | 21 | MOTION to continue jury trial by James Howard Sexton (cdw) (Entered: 10/24/2003) |
| 10/28/2003 | 22 | RESPONSE by plaintiff USA to motion to continue jury trial [21-1] (cdw) (Entered: 10/28/2003) |
| 11/05/2003 | 23 | ORDER by Judge George Howard Jr. granting motion to continue jury trial [21-1]; jury trial reset Tues. 1/20/04 at 9:30 a.m. and the delay is excludable pursuant to 18:3161(h)(4) as to James Howard Sexton (cc: all counsel and defendants) (rkc) Modified on 11/10/2003 (Entered: 11/06/2003) |
| 01/07/2004 | 24 | FOURTH MOTION to continue jury trial by James Howard Sexton (rkc) (Entered: 01/07/2004) |
| 01/14/2004 | 25 | ORDER by Judge George Howard Jr. granting motion to continue jury trial [24-1]; jury trial rescheduled for Monday, 04/26/04 at 9:30 a.m. as to James Howard Sexton ; delay is excludable under 18:3161(h)(4) (cc: all counsel and defendants) (cdw) (Entered: 01/14/2004) |
| 04/22/2004 | 26 | MOTION to continue jury trial by James Howard Sexton (cdw) (Entered: 04/23/2004) |
| 04/26/2004 | 27 | AMENDED MOTION to continue jury trial by James Howard Sexton (cdw) (Entered: 04/27/2004) |
| 04/27/2004 | 28 | ORDER by Judge George Howard Jr. granting motions to continue jury trial [26-1], [27-1]; jury trial rescheduled for Monday, 6/7/04 at 9:30 a.m. as to James Howard Sexton ; delay is excludable under 18:3161(h)(4) (cc: all counsel and defendants) (cdw) (Entered: 04/27/2004) |
| 05/26/2004 | 29 | MOTION to continue jury trial by James Howard Sexton (cdw) (Entered: 05/27/2004) |
| 06/08/2004 | 30 | ORDER by Judge George Howard Jr. granting motion to continue jury trial [29-1]; jury trial rescheduled for Monday, 8/23/04 at 9:30 a.m. as to James Howard Sexton ; delay is excludable under 18:3161(h)(4) (cc: all counsel and defendants) (cdw) (Entered: 06/09/2004) |
| 08/05/2004 | 31 | MOTION to continue trial by James Howard Sexton (lej) (Entered: |

| | | 08/05/2004) |
|---|---|---|
| 08/23/2004 | 32 | ORDER by Judge George Howard Jr. granting motion to continue trial [31-1]; jury trial reset Mon. 10/4/04 at 9:30 a.m. and the delay is excludable pursuant to 18:3161(h)(8)(A) as to James Howard (cc: all counsel) (rkc) (Entered: 08/23/2004) |
| 09/21/2004 | 33 | MOTION to continue trial date by James Howard Sexton (lej) (Entered: 09/21/2004) |
| 09/23/2004 | 34 | ORDER by Judge George Howard Jr. granting deft's motion to continue trial date to 12/20/04 @ 9:30 a.m. [33-1]; XT excludable under 18 USC 3161(h)(8)(A) as to James Howard Sexton (cc: all counsel) (lej) (Entered: 09/24/2004) |
| 10/04/2004 | 35 | MOTION for discovery by USA as to James Howard Sexton (rkc) (Entered: 10/05/2004) |
| 10/06/2004 | 36 | ORDER by Judge George Howard Jr. granting pltf's motion for discovery [35-1] (cc: all counsel) (lej) (Entered: 10/06/2004) |
| 12/14/2004 | 37 | MOTION to continue trial by James Howard Sexton (rkc) (Entered: 12/15/2004) |
| 01/20/2005 | 38 | ORDER by Judge George Howard Jr. granting motion to continue trial [37-1]; jury trial reset 3/28/05 at 9:30 a.m. as to James Howard Sexton and the delay is excludable pursuant to 18:3161(h)(8)(A) as to James Howard Sexton (cc: all counsel) (rkc) (Entered: 01/21/2005) |
| 03/23/2005 | 39 | MOTION to continue trial by James Howard Sexton (rkc) (Entered: 03/24/2005) |
| 03/29/2005 | 40 | ORDER by Judge George Howard Jr. granting motion to continue trial [39-1] as to James Howard Sexton. Jury trial rescheduled to 7/25/05 at 9:30 as to James Howard Sexton. The period of delay resulting from this continuance is excludable under 18 USC 3161 (h)(8)(A) (cc: all counsel) (dmj) (Entered: 03/29/2005) |
| 07/25/2005 | ●41 | MOTION to Continue by United States of America as to James Howard Sexton. (Newton, Todd) (Entered: 07/25/2005) |
| 07/28/2005 | ●42 | ORDER TO CONTINUE - Ends of Justice as to James Howard Sexton Time excluded from 7/28/05 until 11/7/05. Jury Trial set for 11/7/2005 09:30 AM in Little Rock Courtroom #282 before Judge George Howard Jr. Signed by Judge George Howard Jr. on 7/28/05. (jph, ) (Entered: 07/29/2005) |
| 09/20/2005 | ●43 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Middle District of Alabama Counts closed as to James Howard Sexton (1) Count 1-3,4-7,8 (mkf, ) (Entered: 09/27/2005) |